## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BUNKER PARTNER OÜ** | § | CIVIL ACTION NO. 23-cv-_____ |
| | § | |
| Plaintiff, | § | SECTION: |
| | § | |
| v. | § | JUDGE: |
| | § | |
| | § | MAGISTRATE: |
| | § | |
| **M/V BBC PLUTO, her engines, boilers,** | § | |
| **apparel, appurtenances, tackle, etc.,** | § | **ADMIRALTY** |
| ***in rem***, | § | Pursuant to Rule 9(h) of the Federal Rules of |
| Defendant. | § | the Federal Rules of Civil Procedure |

### VERIFIED COMPLAINT

**COMES NOW** Plaintiff, BUNKER PARTNER OÜ (hereinafter "Bunker Partner" or "Plaintiff"), by and through its undersigned counsel, as and for its Verified Complaint against the Defendant M/V BBC PLUTO, her engines, boilers, apparel, appurtenances, tackle, etc. *in rem* (hereinafter "Vessel"), avers and pleads as follows:

### I. JURISDICTION, VENUE AND PARTIES

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. This case falls under this Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. § 1333 and is brought under the provisions of Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereinafter "Rule C").

2. Jurisdiction is founded on the presence within the District of the M/V BBC PLUTO, IMO No. 9537276, which may be arrested to enforce a maritime lien in accordance with the provisions of Rule C, as pled in Sections II & III below.

3. At all times material hereto Plaintiff, Bunker Partner, is foreign corporation engaged in the business of providing maritime necessaries to ships, namely bunkers.

4. At all times material hereto, defendant M/V BBC PLUTO was and still is a vessel,

registered in the Republic of Liberia, with IMO number 9537276, Call Sign 5LBK3, and, is now, or will be during the pendency of this action, within the Western District of Louisiana, and subject to the jurisdiction and venue of this Honorable Court.

## II. THE SUBSTANTIVE CLAIMS

5. Bunker Partner was the supplier of bunkers to the M/V BBC PLUTO pursuant to a bunker supply contract and brings this action in order to recover amounts indisputably due and owing.

6. The bunker supply contract is a maritime contract.

7. On or about March 29, 2023, Alberta Navigation Ltd. (hereinafter "Alberta"), as charterers of the M/V BBC PLUTO entered into an agreement with Plaintiff to provide bunkers (at a price of USD 651.00 per mt of RMG 380 max 0.5% S) for delivery to the Vessel at Limassol. A copy of the Bunker Contract Confirmation which incorporates Bunker Partner's General Terms & Conditions of Sale (and which were provided with the Bunker Confirmation) are attached hereto as **Exhibits 1** and **2** respectively.

8. On April 6, 2023, Bunker Partner provided 650 metric tons of RMG 380 (max 0.5% S) as set out in the bunker delivery note, to the Vessel at the agreed supply point, Limassol, Cyprus. A copy of the Bunker Delivery Note is attached hereto as **Exhibit 3**.

10. The Bunker Delivery Note bears the signature of the vessel's Chief Engineer and the seal of the M/V BBC PLUTO.  *See* Exhibit 3.

11. By signing the Bunker Delivery Receipt, the Chief Engineer acted on behalf of the Vessel and her owner and/or operator to procure and accept the bunkers for the use and benefit of the Vessel.

12. Alberta was invoiced for the bunkers delivered to the Vessel on or about April 28,

2023. The total amount of the invoice was $424,750.00. A copy of the Invoice is attached hereto as **Exhibit 4**.

13. The said bunkers delivered to the M/V BBC PLUTO were necessary to the accomplishment of her mission; to wit: trade worldwide as a commercial ship. Alberta, by virtue of its role as time-chartered operator was authorized to order necessaries for the account and on the credit of the vessel.

14. The M/V BBC PLUTO, her time charterer, and owners, received the benefit of such services and are indebted to Plaintiff and obligated to pay for the aforementioned goods and services.

15. Clause 21.2 of the General Terms and Conditions of Sale provide that "[n]otwithstanding provisions of Cl. 21.1. hereof all/any questions, matters with regards to the maritime lien over the Vessel for the Products supplied shall be governed and exist in accordance with the Maritime Law of the USA." *See* Exhibit 2. Accordingly, Plaintiff has the right to assert its maritime lien for the supply of necessaries under the provisions of 46 U.S.C. §§ 31341 *et seq.*

16. Clause 7.13 of the General Terms and Conditions of Sale holds that Plaintiff's sale of the bunkers and the acceptance of the bunkers on the Vessel confirms Plaintiff's maritime lien over the Vessel (as supported by applicable U.S. law). *See* Exhibit 2.

17. As a result of the foregoing, Bunker Parnter has a maritime lien on the M/V BBC PLUTO for the provision of necessaries, enforceable in admiralty in accordance with the provisions of Supplemental Rule C.

18. Plaintiff has performed all conditions precedent to warrant full and complete payment for the aforementioned services. Payment of all sums has been duly demanded by Plaintiff from the M/V BBC PLUTO and/or Alberta as time charterers, but an outstanding principal

amount of $424,750.00 remains unpaid.  *See* Exhibit 4.

19.     To date, Defendant has neglected, failed, or otherwise refused to pay the outstanding sum of **$424,750.00** which is indisputably due and owing for the bunkers.

### III. ALLEGATIONS IN SUPPORT OF RULE C ARREST

20.     Plaintiff repeats and re-alleges all matters averred in the above and foregoing Verified Complaint, and for its further and additional admiralty *in rem* claims against Defendant, alleges and pleads as follows

21.     As a result of the failure to pay the amounts owed to Plaintiff for the bunkers supplied to the Vessel, under the terms of the Bunker Contract and Bunker Partner's General Terms & Conditions of Sale, Plaintiff's claim for the amount of **$424,750.00**, attached as a maritime lien on the said vessel in favor of Plaintiff and is enforceable under the provision of 46 U.S.C. § 31341 *et seq.* with suit *in rem.*

22.     Plaintiff also seeks its applicable costs, fees, and interest in this matter.  It is common in the Southern District of Texas and the Fifth Circuit Court of Appeals for the security to be set at one and a half  (1.5) times of the fairly stated claim, and therefore Plaintiff seeks an Order of Arrest in the amount of **$637,125.00**.

23.     Accordingly, Plaintiff seeks to enforce its maritime lien, pursuant to Rule C of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff prays as follows:

A.     That process in due form of law, according to the practice of this Honorable Court in cases of admiralty and maritime jurisdiction issue against defendant M/V BBC PLUTO, *her engines,* boilers, tackle, apparel, etc. *in rem,* including the issuance of a warrant for the arrest of

the M/V BBC PLUTO, and that the said vessel be seized by the U.S. Marshal to be held as security against any judgment to be entered herein;

B.   That judgment be entered in favor of Plaintiff and against the Defendant M/V BBC PLUTO *in rem*, for the amount pled herein as well as for interest, costs, attorney fees, and disbursements for this action;

C.   That the M/V BBC PLUTO, her engines, tackle, furniture apparel, appurtenances, etc. after her arrest be condemned and sold, free and clear of all liens and encumbrances, to satisfy the judgment, and that the Court award Plaintiff out of the proceeds of the said sale, the full amount of its claim, together with interest, costs and attorney's fees;

D.   That the Court grant Plaintiff such other and further relief as may be just, equitable, and proper.

Dated:  November 22, 2023
        New Orleans, Louisiana                    Respectfully Submitted,

                                                  /s/ Daphne P. McNutt
                                                  Daphne P. McNutt (#20292)
                                                  Barry & Co., LLC
                                                  612 Gravier Street
                                                  New Orleans, LA 70130
                                                  dmcnutt@barrylawco.com
                                                  Telephone: (504) 525-5553
                                                  Facsimile: (504) 505-1909

                                                  *Attorneys for Plaintiff  BUNKER PARTNER OÜ*

*Of Counsel*
CHALOS & CO, P.C.
Briton P. Sparkman
*Pro Hac Vice Application Forthcoming*
*Attorney for Plaintiff*
7210 Tickner Street
Houston, Texas 77055
Telephone: (516) 714-4300
Email: bsparkman@chaloslaw.com

5