**EXHIBIT 1**

**From:** Dmitriy Koltsov <dk@bunkerpartner.eu>
**Date:** Wednesday, 29 March 2023, 15:09
**To:** commercial@albertamaritime.com <commercial@albertamaritime.com>, chartering@albertamaritime.com <chartering@albertamaritime.com>
**Subject:** BBC PLUTO, Limassol, confirmation #14468-1

Good day,

As attachment to this email is our confirmation.
If you have any problems opening the attachment, please contact the undersigned.

Best regards.

Dmitriy Koltsov
Mobile: +357 99 031158
Email: dk@bunkerpartner.eu

Bunker Partner OÜ
Tallinn, Estonia
Phone +372 682 5445
Fax +372 56 26 3333
www.bunkerpartner.eu





# ORDER CONFIRMATION

| | |
|---|---|
| Attention: | Order confirmation #  14468-1 |
| Buyer: BBC PLUTO master and /or owners and/or characters and/or managers and/or operators and/or ALBERTA NAVIGATION LTD | 29.03.2023 |
| Address: , MAJURO, MARSHALL ISLANDS | |

We hereby confirm the order as follows:

| | |
|---|---|
| Vessel | BBC PLUTO, IMO: 9537276 |
| Port | Limassol |
| ETA | 07.03.2023 |
| Agent | Callings  ** |
| Seller | Bunker Partner OÜ |
| Payment terms | 30 days from delivery date |

| Product | Standard | Quantity | Unit | Price, USD | Physical Supplier |
|---|---|---|---|---|---|
| RMG 380 max 0.5% S | ISO 8217:2010 | 650.000 | mts | 651.000 | Island Oil LTD |

**Remarks:** LIMASSOL – CALLINGS **    The calling cost at Limassol are calculated basis vessel's 189.99 m ( if LOA is otherwise please advise) USD 1600.00.- l/s during weekday plus USD 200 l/s in case overtime weekends and holidays Above cost is applicable only for the day that the vessel is arriving in port until 00:00 hrs irrespective the time; thereafter and for every 24 hrs there will be an additional fee of USD 670.00.- l/s 1. Normal Hours (week days) 0800-15:00 lt – if supply outside these hours, it will be Overtime. 2. Overtime = Outside Normal Working Hours/Weekend/Holidays etc 3. Master of the Vsl should not previously called occupied ports of Cyprus.

Supply is subject to weather conditions. Confirmation is subject to Seller's compliance clearance.Except where government regulations or local authorities determine otherwise, the quantity of Products shall be determined from the official gauge/sounding of the delivering barge, road wagon, or rail tank car, delivery note for drum deliveries, or by gauging in Seller's shore tank or by Seller's oil meter, at Seller's election.The invoice quantity is the customs delivery weight based on volume determined by fuel meters of the Seller. Title to the Products delivered passes to the Buyer only after full payment is received by the Seller. The Vessel, the owners, managers, agents and all/any other entities, whether named on not named herein above, associated with the order of the Products and their supply, are jointly and severally liable as the Buyer under subject products supply contract, including but not limited to for the payment of Product Price and all any other obligations of the Buyer under the present supply contract. Products are delivered to the credit of the Vessel, and payment is to be made against fax/emailed invoice as herein agreed irrespective of any disputes which may arise. Default interests for payment delay is 0.1% per each day of delay. Subject default interest rate reflects the actual Seller's liquidated damages and Buyer is free to request the liquidated damages estimation in case of disagreement to such rate. If no such request is received by the Seller before Products delivery, Buyer is deemed to be fully satisfied with such default interest rate as a measure of Seller's liquidated damages.Any/all taxes, fines, overtime, custom charges and etc. are for the Buyer's account. Any/all Bank and other costs, commissions are for the Buyer's account. Any errors or omissions should be reported immediately and, in any case, prior delivery of the Products. Unless otherwise is stated in 'Remarks" herein above, the sale and delivery of the Products described above is subject to Seller's General Terms and Conditions for Products supply which are deemed to be fully incorporated herein, constituting a part of the Contract, including but not limited to the law and jurisdictions clause, payments, fine, demurrage, delay provisions and all/any other liberties, obligations, liability limitation clauses and etc. contained therein. Signing of this Confirmation and/or it's confirmation by email and/or confirmation by any other means of communication and/or acceptance of the Products by the Vessel stated herein above constitute acceptance of the said General Terms and Conditions. All/any provisions of this Confirmation are deemed as fully accepted by the Buyer, even in absence of Buyer's signature, if no any objections are clearly notified to the Seller within 12 (twelve) consecutive hours as of the Seller's email with this Confirmation attached.



| for and on behalf of the | for and on behalf of the |
|---|---|
| Bunker Partner OÜ | Vessel and/or Owners and/or Managers and/or |
| Dmitriy Koltsov | ALBERTA NAVIGATION LTD |

Signature _____

Mr(s) _____

**Bunker Partner OÜ**   Reg.No.12834236   50-405, Vesivärava   +372 682 5445
VAT EE101965714   Tallinn, 10152 Estonia   sales@bunkerpartner.eu