**EXHIBIT 3**



Date: 06.04.2023
Code: 031CP123-186

## Bunker Delivery Note / Receipt    B    ✳ 14065

IMO: 9 5 3 7 2 7 6 -

Delivered to ..... BBC PLUTO ..... on instructions and charge of
Messrs ..... BUNKER PARTNER OU ..... as well as the owners &/or managers
&/or charterers &/or operators (together "Buyers") at ..... Limassol ..... in accordance to
**Island Petroleum Limited** Standard Terms and Conditions of Sale.

| | | |
|---|---|---|
| **MARINE GAS OIL 0.1%** QUANTITY DELIVERED: — | LITERS, EQUIVALENT TO — | METRIC TONS. |
| **VLSFO 0.5%** QUANTITY DELIVERED: 709,707 | LITERS, EQUIVALENT TO 650,000 | METRIC TONS. |
| **HSFO 3.5%** QUANTITY DELIVERED: — | LITERS, EQUIVALENT TO — | METRIC TONS. |
| **BLENDED FUEL OIL CST-** QUANTITY DELIVERED: — | LITERS, EQUIVALENT TO — | METRIC TONS. |

**BUNKER SPECIFICATIONS:**

| | | FUEL OIL | GAS OIL |
|---|---|---|---|
| DENSITY AT 15°C | (kg/m³) | 933.8 | — |
| VISCOSITY AT 40°/50°C AVERAGE | (cst) | 179 | — |
| VOLUME CORRECTION FACTOR | | 0.9808 | — |
| FLASH POINT | (°C) | 87 | — |
| SULPHUR CONTENT | (% m/m) | 0.48 | — |

| RECEIVER'S SAMPLE NUMBERS | | | SUPPLIER'S SAMPLE NUMBERS | | |
|---|---|---|---|---|---|
| | MGO 0.1% | VLSFO 0.5% | | MGO 0.1% | VLSFO 0.5% |
| COMMERCIAL | — | AA127545 | COMMERCIAL | — | AA127546 |
| MARPOL | — | AA127547 | MARPOL | — | AA127548 |

YES  NO

- Ship's staff was invited to witness the taking and sealing of the representative samples  [X] [ ]
- Representative samples of the product(s) delivered, passed onto ships staff  [X] [ ]
- The product(s) supplied is in conformity with regulation 18(3) of MARPOL 73/78 Annex VI. The sulphur content does not exceed: [ ] 3.50% m/m or [X] 0.50% m/m (delete as appropriate) as per the limit value in regulation 14.1 of MARPOL Annex VI; [ ] 0.10 m/m as per the limit value in regulation 14.4 of MARPOL Annex VI; or [ ] the Buyer's specified limit value of          (% m/m)
- Delivery of the product(s) has been effected according to Island Petroleum Limited Standard Terms and Conditions of Sale which can be found at http://www.island-oil.com/page.php?pageID=71
- The above quantities have been delivered to the Buyers for which they hereby acknowledge receipt in good order.
- The above product(s) were received by the Vessel without any dispute on quantity or quality.
- Island Petroleum Limited retains title to all products supplied until it receives full settlement of its invoice(s). It is agreed that until such time the products delivered shall not be consumed.
- Island Petroleum Limited has a maritime lien over the Vessel and no disclaimer stamp will be accepted or can alter, limit or waive such maritime lien.
- The registered owners of the Vessel are liable, jointly and severally with any other party liable, for the full and timely payment of these bunkers to Island Petroleum Limited.

MV "BBC PLUTO" MONROVIA

For the Buyer's Vessel & the Stamp & Signature
By: KRAVCHENKO
Position: CH.ENG

Supplier's Representative Stamp & Signature

Island Petroleum Limited
145-149 Chr. Hadjipavlou Street, 2nd Floor
Christiel Building 3036 Limassol Cyprus
PO Box 50663 CY-3608 Limassol Cyprus
Tel: +357 25889000   Fax: +357 25745466
E-mail: bunkers@island-oil.com
www.island-oil.com