

**bunker partner**
global • professional • committed

INVOICE

EXHIBIT 4

| | |
|---|---|
| Order invoice # | 14468 |
| Order reference # | 14468-1 |
| Invoice date | 28.04.2023 |
| Due date | 06.05.2023 |

**Attention:**

**Buyer:** BBC PLUTO master and /or owners and/or characters and/or managers and/or operators and/or ALBERTA NAVIGATION LTD

**Address:** , MAJURO, MARSHALL ISLANDS

### Delivery details

| | |
|---|---|
| **Vessel** | BBC PLUTO, IMO: 9537276 |
| **Port** | Limassol |
| **Delivery Date** | 06.04.2023 |

| Product | Quantity | Unit | Price, USD | Amount, USD |
|---|---|---|---|---|
| RMG 380 max 0.5% S | 650.000 | mts | 651.000 | 423 150.00 |
| Agency fee | 1.000 | lmps | 1600.000 | 1 600.00 |
| | | | TOTAL DUE: | 424 750.00 |

**Payment terms:** 30 days from the delivery date

Payment terms and conditions: Please transfer the full invoice amount to the Beneficiary's bank account without any bank charges including the correspondent bank charges. Penalty shall be charged in case of the late payment. Penalty rate 0.1% per day shall be applicable to the overdue outstanding amount of the invoice. Penalty shall be calculated on a daily basis as simple interest. The value date of the payment shall be the date when funds become available on the Beneficiary's bank account. Directive 2011/7/EU is applied.

Please transfer funds to the bank account of the Beneficiary:

| | |
|---|---|
| Beneficiary | Bunker Partner OÜ |
| Bank name | Raiffeisen Bank International AG |
| Bank address | Vienna, Austria |
| Account | |
| Swift | RZBAATWW |

Bunker Partner OÜ    Reg.No.12834236    50-405, Vesivärava    +372 682 5445
VAT EE101965714    Tallinn, 10152 Estonia    sales@bunkerpartner.eu