IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Bunker Partner OÜ, § | |
| § | |
| Plaintiff, § | Case No. 2:23-cv-1663 |
| § | |
| vs. § | |
| § | **IN ADMIRALTY** |
| M/V BBC PLUTO, her engines, boilers, § | |
| apparel, appurtenances, tackle, etc., *in rem*, § | |
| § | |
| Defendant. § | |

**ORDER APPOINTING GLOBAL MARITIME SECURITY
AS SUBSTITUTE CUSTODIAN**

An application having been made by Plaintiff Bunker Partner OÜ for an Order Appointing Global Maritime Security as Substitute Custodian for the Defendant vessel M/V BBC PLUTO (hereinafter "the Vessel") in lieu of the U.S. Marshal Service in this case, and good cause being shown, it is hereby:

ORDERED that the Plaintiff's Motion is granted, and it is further

ORDERED that immediately following the arrest of the Vessel, the U.S. Marshal Service shall transfer the custody thereof to the substitute custodian Global Maritime Security; and it is further

ORDERED that upon such surrender, the U.S. Marshal Service shall be discharged from any further responsibility for the safekeeping of the Vessel and that the U.S. Marshal Service shall not be liable for any loss occurring while the Vessel remains in the custody of the substitute custodian; and it is further

ORDERED that Global Maritime Security be and is appointed the custodian of the Vessel during *custodia legis* on behalf of this Court, in place and instead of the U.S. Marshal Service, and shall retain the same in its custody for possession and safekeeping until further Order of the Court

or until the release of the Vessel is duly obtained; and it is further

ORDERED that Global Maritime Security is authorized to permit the Master of the Vessel to move her from the location of her arrest to a suitable berth or anchorage within the Western District of Louisiana and to employ such services as may be necessary to accomplish same, provided however, that Plaintiff and Global Maritime Security shall abide by any orders of this Court concerning the care or disposition of the Vessel during the pendency of the arrest; and it is further

SIGNED this 28th day of November 2023.

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE