UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BUNKER PARTNER OU** § | |
| § | CIVIL ACTION NO. 2:23-cv-01663 |
| **Plaintiff** § | |
| § | JUDGE JAMES D CAIN, JR |
| v § | |
| § | MAGISTRATE JUDGE KATHLEEN |
| **M/V BBC PLUTO, her engines,** § | KAY |
| **boilers, appurtenances, tackle, etc., in rem,** § | |
| § | ADMIRALTY - RULE 9(h) |
| **Defendant.** § | |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO APPROVE SPECIAL VESSEL RELEASE BOND AND TO ORDER RELEASE OF VESSEL FROM ARREST

Baltnav Singapore PTE Ltd., as principal and as charterer of the MV BBC PLUTO, which is presently subject to a warrant of arrest issued in the above captioned case, pursuant to Rule E(8) of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and while not waiving any jurisdictional defenses, or any other defenses or claims, makes this limited appearance to file the attached Special Surety Release Bond, attached as Exhibit A, in the record to secure the claims of Bunker Partner OU, pursuant to Rule E(5)(a) of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Baltnav would show that the bond provides security to which Plaintiff is entitled and is in an adequate amount to secure Plaintiff's claim. Baltnav conferred with counsel for Bunker Partners OU, who agreed to the security amount in the Special Surety Bond.

WHEREFORE, Baltnav Singapore PTE Ltd., appearing herein pursuant to Rule E(8) solely and specially as claimant of the arrested vessel, respectfully requests that this Honorable Court issue an order to the Clerk of Court to file the attached Special Surety Release Bond in the amount of FIVE HUNDRED THIRTY THOUSAND NINE HUNDRED THIRTY-SEVEN AND 50/100

#5136662v1

($530,937.50) into the record as security for the claims brought by Bunker Partner OU, and to order the release of the vessel from arrest.

Respectfully submitted,

*/s/ Derek Walker*
Derek A. Walker, #13175
Alexander J. DeGiulio, #38184
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Email: walkerd@chaffe.com
Email: alex.degiulio@chaffe.com
***Attorneys for Baltnav Singapore PTE Ltd.***

### CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies that he has conferred with opposing counsel on November 30, 2023, and opposing counsel is unopposed to the filing of this motion and incorporated memorandum in support.

*/s/ Derek A. Walker*
Derek A. Walker

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of November, 2023, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by e-mail, ECF filing, facsimile, certified mail, hand delivery, overnight courier, and/or by mailing the same in United States mail, properly addressed, and first-class postage prepaid.

*/s/ Derek A. Walker*
Derek A. Walker