UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BUNKER PARTNER OU § | |
| § | CIVIL ACTION NO. 2:23-cv-01663 |
| Plaintiff § | |
| § | JUDGE JAMES D CAIN, JR |
| v § | |
| § | MAGISTRATE JUDGE KATHLEEN |
| M/V BBC PLUTO, her engines, § | KAY |
| boilers, appurtenances, tackle, etc., in rem, § | |
| § | ADMIRALTY - RULE 9(h) |
| Defendant. § | |

## **O R D E R**

Considering the foregoing Motion to File Special Vessel Release Bond,

IT IS ORDERED, ADJUDGED AND DECREED that,

Defendant's Motion to Approve Special Surety Release Bond pursuant to Rule E(5)(a) and Order Release of Vessel M/V BBC PLUTO is hereby GRANTED.

The Clerk of Court is to file the Special Surety Bond in the amount of FIVE HUNDRED THIRTY THOUSAND NINE HUNDRED THIRTY-SEVEN AND 50/100 ($530,937.50) into the record, and upon filing of the bond, the United States Marshal is hereby ordered to release the vessel from arrest.

Lake Charles, Louisiana, this 30th day of November 2023.

_____
UNITED STATES DISTRICT JUDGE

#5136667v1