UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BUNKER PARTNER OU** § | |
| § | CIVIL ACTION NO. 2:23-cv-01663 |
| Plaintiff § | |
| § | JUDGE JAMES D CAIN, JR |
| v § | |
| § | MAGISTRATE JUDGE KATHLEEN |
| **M/V BBC PLUTO, her engines,** § | KAY |
| boilers, appurtenances, tackle, etc., in rem, § | |
| § | ADMIRALTY - RULE 9(h) |
| Defendant. § | |

## SPECIAL RELEASE BOND

**KNOW ALL MEN BY THESE PRESENTS,** that we, Baltnav Singapore PTE Ltd., as principal, and United States Fire Insurance Company ("US FIRE"), as surety, are held and firmly bound unto the United States Marshal for the Western District of Louisiana, his successor and successors, for the exclusive benefit of Bunker Partner OU, in the sum of FIVE HUNDRED THIRTY THOUSAND NINE HUNDRED THIRTY-SEVEN AND 50/100 ($530,937.50) DOLLARS, lawful money of the United States of America, subject to the following terms:

**WHEREAS,** in consideration of Bunker Partner OU ("Plaintiff") releasing from arrest the M/V BBC PLUTO, IMO No. 9537276 ("the Vessel"), on account of Plaintiff's claim for a maritime lien on the Vessel in the above-captioned proceeding, and in consideration for Bunker Partner OU refraining from arresting, attaching, or otherwise restraining the M/V BBC PLUTO (or any asset under the same ownership, associated ownership, control and/or management as the M/V BBC PLUTO), Baltnav Singapore PTE Ltd., as principal, and US FIRE, as surety, bind themselves to pay any executed written settlement agreement between Plaintiff and Baltnav Singapore PTE Ltd., or any final judgment (after appeal, if any) that may be rendered in the above-

1

captioned action or by any appellate court of competent jurisdiction, against the M/V BBC PLUTO *in rem* based upon the allegations against the M/V BBC PLUTO in this action and the Warrant of Arrest served on the M/V BBC PLUTO on November 29, 2023 in the above captioned proceeding, not to exceed the full aggregate sum of FIVE HUNDRED THIRTY THOUSAND NINE HUNDRED THIRTY-SEVEN AND 50/100 ($530,937.50) DOLLARS.

**NOW, THEREFORE,** the condition of this obligation is such that if the said principal shall abide by all orders of the Court, interlocutory or final, and enter into a written agreement with Plaintiff directing that this Special Vessel Release Bond may be cancelled upon written instructions from both Plaintiff and Baltnav Singapore PTE Ltd., or if the said principal pay to the Plaintiff any amount awarded to the Plaintiff and against the M/V BBC PLUTO by the final judgment rendered by this Court, or by any appellate court if an appeal intervene, then this obligation shall be void, otherwise the same shall remain in full force and effect. However, in no event will the aggregate liability of the surety exceed FIVE HUNDRED THIRTY THOUSAND NINE HUNDRED THIRTY-SEVEN AND 50/100 ($530,937.50) DOLLARS. This bond is issued without waiver or prejudice to any rights or defenses of Baltnav Singapore PTE Ltd., including but not limited to the right to move to vacate the arrest, the right to assert its own claims, counter-claims, or other defenses, including but not limited to challenge the validity of Bunker Partner.'s alleged maritime lien.

Witness our respective names, hereunder affixed by us this 30th day of November, 2023.

2

2423001-1
#5136660v1

| United States Fire Insurance Company | Baltnav Singapore PTE Ltd. |
|---|---|
| BY: *Amanda Riedl* (signature) | BY: (signature) |
| Amanda Riedl, Attorney in fact | Name Sebastian Demant |
| | Title Global Head of Operations |

3

# POWER OF ATTORNEY
## UNITED STATES FIRE INSURANCE COMPANY
### PRINCIPAL OFFICE - MORRISTOWN, NEW JERSEY

**KNOW ALL MEN BY THESE PRESENTS**: That United States Fire Insurance Company, a corporation duly organized and existing under the laws of the state of Delaware, has made, constituted and appointed, and does hereby make, constitute and appoint: **Clark Fitz-Hugh; Conway C. Marshall; Sara S. DeJarnette; Linda C. Sheffield; Catherine C. Kehoe; Stephen Beahm; Kristine Donovan; Jessica Palmeri; Elizabeth Schott; David C. Joseph; Kelli Cross;Amanda Riedl; Andre Autin; Taylor Coss; Francesca Menard; Victoria Scruggs of International Sureties, Ltd.**
each, its true and lawful Attorney(s)-In-Fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver: Any and all bonds and undertakings of surety and other documents that the ordinary course of surety business may require, and to bind United States Fire Insurance Company thereby as fully and to the same extent as if such bonds or undertakings had been duly executed and acknowledged by the regularly elected officers of United States Fire Insurance Company at its principal office, in amounts or penalties: **One Hundred Twenty Five Million Eight Hundred Thousand Dollars ($125,800,000)**

This Power of Attorney limits the act of those named therein to the bonds and undertakings specifically named therein, and they have no authority to bind United States Fire Insurance Company except in the manner and to the extent therein stated.

This Power of Attorney revokes all previous Powers of Attorney issued on behalf of the Attorneys-In-Fact named above.

This Power of Attorney is granted pursuant to Article IV of the By-Laws of United States Fire Insurance Company as now in full force and effect, and consistent with Article III thereof, which Articles provide, in pertinent part:

Article IV, Execution of Instruments - Except as the Board of Directors may authorize by resolution, the Chairman of the Board, President, any Vice-President, any Assistant Vice President, the Secretary, or any Assistant Secretary shall have power on behalf of the Corporation:

(a) to execute, affix the corporate seal manually or by facsimile to, acknowledge, verify and deliver any contracts, obligations, instruments and documents whatsoever in connection with its business including, without limiting the foregoing, any bonds, guarantees, undertakings, recognizances, powers of attorney or revocations of any powers of attorney, stipulations, policies of insurance, deeds, leases, mortgages, releases, satisfactions and agency agreements;
(b) to appoint, in writing, one or more persons for any or all of the purposes mentioned in the preceding paragraph (a), including affixing the seal of the Corporation.

Article III, Officers, Section 3.11, Facsimile Signatures. The signature of any officer authorized by the Corporation to sign any bonds, guarantees, undertakings, recognizances, stipulations, powers of attorney or revocations of any powers of attorney and policies of insurance issued by the Corporation may be printed, facsimile, lithographed or otherwise produced. In addition, if and as authorized by the Board of Directors, dividend warrants or checks, or other numerous instruments similar to one another in form, may be signed by the facsimile signature or signatures, lithographed or otherwise produced, of such officer or officers of the Corporation as from time to time may be authorized to sign such instruments on behalf of the Corporation. The Corporation may continue to use for the purposes herein stated the facsimile signature of any person or persons who shall have been such officer or officers of the Corporation, notwithstanding the fact that he may have ceased to be such at the time when such instruments shall be issued.

**IN WITNESS WHEREOF**, United States Fire Insurance Company has caused these presents to be signed and attested by its appropriate officer and its corporate seal hereunto affixed this 28th day of September, 2021.

**UNITED STATES FIRE INSURANCE COMPANY**



Matthew E. Lubin, President

State of New Jersey}
County of Morris  }

On this 28th day of September, 2021, before me, a Notary public of the State of New Jersey, came the above named officer of United States Fire Insurance Company, to me personally known to be the individual and officer described herein, and acknowledged that he executed the foregoing instrument and affixed the seal of United States Fire Insurance Company thereto by the authority of his office.

MELISSA H. D'ALESSIO
NOTARY PUBLIC OF NEW JERSEY
Commission # 50125833
My Commission Expires 4/7/2025

Melissa H. D'Alessio  (Notary Public)

I, the undersigned officer of United States Fire Insurance Company, a Delaware corporation, do hereby certify that the original Power of Attorney of which the foregoing is a full, true and correct copy is still in force and effect and has not been revoked.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the corporate seal of United States Fire Insurance Company on the 30 day of November 20 23



**UNITED STATES FIRE INSURANCE COMPANY**

Michael C. Fay, Senior Vice President

*For verification of the authenticity of the Power of Attorney, please contact Pat Taber at 860-956-3424 or email: SuretyInquiries@amyntagroup.com