## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| BUNKER PARTNER O U | NO. 2:23–CV–01663–JDC–KK |
| VERSUS | JUDGE JAMES D CAIN, JR |
| M/V B B C PLUTO , et al. | MAGISTRATE JUDGE KATHLEEN KAY |

### 2nd NOTICE REGARDING CORPORATE DISCLOSURE

The Clerk previously issued a Notice requesting a Corporate Disclosure be filed. As of this date, nothing has been filed. Therefore,

IT IS ORDERED that Derek A Walker, counsel for Baltnav Singapore P T E Ltd file a written response to show cause by 1/18/2024 why they should not be subject to further action by the court for failing to comply with the previous notice. Counsel may immediately file a corporate disclosure statement in lieu of a response to this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  January 4, 2024.

TONY R. MOORE
CLERK OF COURT