UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BUNKER PARTNER OÜ** | § | C.A. NO. 2:23-cv-01663-JDC-TPL |
| | § | |
| **Plaintiff,** | § | JUDGE CAIN |
| | § | |
| v. | § | MAGISTRATE LEBLANC |
| | § | |
| | § | ADMIRALTY |
| **M/V BBC PLUTO, her engines, boilers,** | § | |
| **apparel, appurtenances, tackle, etc.,** | § | Pursuant to Rule 9(h) of the Federal Rules of |
| ***in rem*,** | § | the Federal Rules of Civil Procedure |
| **Defendant.** | § | |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, Plaintiff, BUNKER PARTNER OÜ (hereinafter "Bunker Partner" or "Plaintiff"), and BALTNAV SINGAPORE PTE LTD. ("BALTNAV"), as Claimant of the M/V BBC PLUTO, IMO No. 95372761 ("Vessel"), sometimes collectively referred to as the "Parties," have settled their disputes and have agreed that the surety bond posted in the captioned matter by United States Fire Insurance Company (Doc 12-1) shall be cancelled and the original returned to the Surety Company; and

WHEREAS, Plaintiff and Defendant have agreed that this action be dismissed with prejudice and without costs to any party.

IT IS HEREBY STIPULATED AND AGREED between the parties, by their respective undersigned attorneys, as follows:

1. The bond posted in this action by United States Fire Insurance Company shall be and is hereby cancelled;

2. This case is hereby dismissed with prejudice and without costs to any party, and the Clerk of the Court is to close the case; and

3. The Court shall retain jurisdiction to enforce this Stipulation and Order.

Dated: July 15, 2025

| | |
|---|---|
| /s/ Daphne P. McNutt | /s/ Floyd Zadkovich |
| Daphne P. McNutt (#20292) | **FLOYD ZADKOVICH (US) LLP** |
| Barry & Co., LLC | |
| 612 Gravier Street | Eva-Maria Mayer |
| New Orleans, LA 70130 | eva.mayer@floydzad.com |
| dmcnutt@barrylawco.com | 33 E 33rd Street, Suite 905 |
| Telephone: (504) 525-5553 | New York, New York 10016 |
| Facsimile: (504) 505-1909 | Telephone: (617) 943-7957 |
| *Attorneys for Plaintiff BUNKER PARTNER OÜ* | |

- and –

**CHAFFE MCCALL LLP**

Derek A. Walker, #13175
Alexander J. DeGiulio, #38184
CHAFFE McCALL, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Email: walkerd@chaffe.com
Email: alex.degiulio@chaffe.com
*Attorneys for Baltnav Singapore Pte Ltd.*

SO ORDERED,

_____
HONORABLE JAMES D. CAIN

2