UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**BUNKER PARTNER O U**                           **CASE NO. 2:23-CV-01663**

**VERSUS**                                       **JUDGE JAMES D. CAIN, JR.**

**M/V B B C PLUTO**                              **MAGISTRATE JUDGE LEBLANC**

NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Joint/Voluntary Motion to Dismiss filed on July 15, 2025 by Bunker Partner O U was DEFICIENT for the following reason(s):

- ✓ Either no proposed order accompanied this motion or the proposed order was not on a separate page. Please see LR7.3 for additional information.
  The motion cannot be referred to chambers until this deficiency is corrected.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court. <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>** All filing deadlines previously set remain in effect. Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.